No. 99–1481. VAKHARIA *v.* SWEDISH COVENANT HOSPITAL ET AL., *ante,* p. 1204; and

No. 99–7210. STANCLIFF *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 1164. Motions for leave to file petitions for rehearing denied.

No. 99–1641. U S WEST COMMUNICATIONS, INC. *v.* MFS INTELENET, INC., ET AL., *ante,* p. 1284. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.